# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KAYA SIMIONS, | ) |
| | ) |
|     Petitioner | ) |
| v. | )  No.  2:09-cr-00199-GZS |
| | )         2:16-cv-00308-GZS |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Respondent. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 70) filed June 27, 2016, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. Petitioner's pending Section 2255 Motion is transferred to the First Circuit Court of Appeals pursuant to 28 U.S.C. §1631 and First Circuit Rule 22.1(e).

2. A certificate of appealability is **DENIED** pursuant to Rule 11 of the Rules Governing Section 2255 cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S. §2253(c)(2).

                                                 /s/ George Z. Singal
                                                United States District Judge

Dated this 1st day of August, 2016.