# UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| KAYA SIMIONS,<br>　　Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　Respondent | No. 2:09-cr-00199-GZS<br>No. 2:16-cv-00308-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 11, 2017, his Recommended Decision (ECF No. 91). Respondent filed its Objection to the Recommended Decision (ECF No. 94) on August 8, 2017.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** Petitioner's Motion to Amend Supplement 2255 (ECF No. 82) is **GRANTED.**

3. It is hereby **ORDERED** that Petitioner's Petition for Habeas Relief (ECF No. 69) is **GRANTED**, and the Petitioner shall be resentenced by the Court.

                                                              /s/George Z. Singal  
                                                              U.S. District Judge

Dated this 31st day of August, 2017.